UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LUC BURBON and on behalf of all
other persons similarly situated,

                          Plaintiffs,          No. 1:21-cv-03010-WFK-CLP

                  -against-

OPINEL USA INC.,

                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its or their own legal fees and costs.

Dated:

THE MARKS LAW FIRM, P.C.

By: _____
Bradly G. Marks
54 West 40th Street, Suite 1131
New York, New York 10018
(646) 770-3775
*Attorneys for Plaintiffs*

BECKAGE PLLC

By: _____
Kara L. Hilburger, Esq.
420 Main St., Suite 1110
Buffalo, NY 14202
(716) 898-2102
*Attorneys for Defendant*

**SO ORDERED.**

s/ WFK

_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: October 14, 2021
      Brooklyn, New York